NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE SALVATION ARMY,
MASSACHUSETTS DIVISION, a New
York corporation; and THE SALVATION
ARMY, FLORIDA DIVISION, a Georgia
corporation,

         Appellants,

v.

CONSTANCE C. POTTER-MICCOLY,
as personal representative of the Estate of
Robert Peter Miccoly, Sr.; and BONNIE
MASSOIA, as successor trustee of the
Robert P. Miccoly, Sr. revocable trust
dated 9/21/11,

         Appellees.

Case No. 2D17-4973

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Manatee
County; Deno G. Economou, Judge.

Allan P. Whitehead and Erika McBryde of
Frese, Whitehead & Anderson, P.A.,
Melbourne; and Stephen P. Heuston of
Heuston Legal, PLLC, Melbourne, for
Appellants.

Jeffrey S. Goethe and M. Brandon
Robinson of Barnes Walker, Goethe,
Hoonhout, Perron & Shea, PLLC,
Bradenton, for Appellee Constance C.
Potter-Miccoly; and David F. Wilsey of
Fisher and Wilsey, P.A., Saint Petersburg,

for Appellee Bonnie Massoia, as successor
trustee of the Robert P. Miccoly, Sr.
revocable trust dated 9/21/11.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and KHOUZAM and BADALAMENTI, JJ., Concur.